Mrs. Jessie Mae HUNT et vir, Appellants,

v.

Sam PARRISH, Appellee.

No. 3644.

Court of Civil Appeals of Texas.

Waco.

March 24, 1960.

Rehearing Denied April 14, 1960.

Ragan & Weaver, and Arthur Petry, Houston, for appellants.

Butler, Binion, Rice & Cook, Houston, John L. McConn, Jr., Houston, for appellee.

WILSON, Justice.

This case is before us on remand, Tex. Sup., 331 S.W.2d 304. Conforming to the

direction of the Supreme Court, and since, as we have heretofore said, Tex.Civ.App., 324 S.W.2d 887, we cannot logically determine which of the two findings involved are contrary to the overwhelming preponderance of the evidence, we overrule appellants' points 8 and 9 and affirm the judgment of the trial court.